# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3764

_____

| | | |
|---|---|---|
| Larry Case, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Continental Casualty Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  April 22, 2003
Filed:   April 28, 2003

_____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Larry Case appeals from the District Court's[1] adverse grant of summary judgment in his diversity action against Continental Casualty Co.  Having carefully reviewed the record and the parties' briefs, see Washburn v. Soper, 319 F.3d 338, 340 (8th Cir. 2003) (noting de novo review), we agree that the death of Case's mother from lung cancer was not, under the terms of his mother's policy, an accident;

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

therefore, he was not entitled to accidental death benefits.  Accordingly, we affirm the well-reasoned opinion of the District Court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.